```
        UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

SIDNEY V. BARKER,

      Plaintiff,

v.                                              Civil Action No. 2:07-0815
                                                               (Lead Case)

JOHN A. KING D.O. and
DAVID MCNAIR and
TEAYS VALLEY HEALTH SERVICES, INC. and
D/B/A PUTNAM GENERAL HOSPITAL and
HCA, INC. and
HEALTHTRUST, INC. - THE HOSPITAL COMPANY and
HOSPITAL CORP, L.L.C. and
WRIGHT MEDICAL TECHNOLOGY, INC. and
ROBERT EDWARDS AKA BOB EDWARDS and
EBI L.P.,

      Defendants.

## JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this same day, it is ORDERED and ADJUDGED as follows:

1. That plaintiff's consolidated motion to remand be, and it hereby is, granted;

2. That this judgment order be, and it hereby is, deemed applicable to the remaining 123 removed actions; and

3. That each of the 124 removed actions, be, and they hereby are, remanded to the Circuit Court of Putnam County for all further proceedings.

**The Clerk is directed to forward a copy of this judgment order to counsel of record and a certified copy to the clerk of court for the Circuit Court of Putnam County.**

        **ENTER: March 13, 2008**

        _[signature]_
        John T. Copenhaver, Jr.
        United States District Judge