# DUPLICATE ENTRY

## (See entry #31)