# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

TERESA L. DEPPNER
CLERK OF COURT

MAILING ADDRESS:
P. O. BOX 2546
CHARLESTON, WV 25329-2546

STREET ADDRESS:
300 VIRGINIA STREET EAST
SUITE 2400
CHARLESTON, WV 25301

TELEPHONE (304) 347-3000

March 21, 2008

Donald A. Wright, Clerk
Circuit Court of Putnam County
Putnam County Courthouse
3389 Winfield Road
Winfield, WV 25213

Re: Sidney V. Barker, et al, v. John A. King, et al,
Civil Action No. 2:07-cv-00815

Dear Mr. Wright:

The above civil action was remanded to the Circuit Court of Putnam County, West Virginia, pursuant to the Orders entered March 13, 2008, by the Honorable John T. Copenhaver, Jr.

Enclosed please find the case file maintained during its pendency in our Court and a copy of the docket sheet. Please note that certified copies of the Orders have been substituted in lieu of the originals.

Please acknowledge receipt of the enclosed on the copy of this letter attached for that purpose.

Very truly yours,

TERESA L. DEPPNER, CLERK OF COURT

By: _Chris Burgess_
Deputy Clerk

Enclosures
cdb

FILED
MAR 27 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Receipt is hereby acknowledged of the items described herein.

Date: 3/26/08

DONALD A. WRIGHT, CLERK
CIRCUIT COURT OF PUTNAM COUNTY

By: _____